# United States Court of Appeals
## For the First Circuit

No. 09-1060

ALFRED P. FUSI,

Petitioner, Appellant,

v.

STEVEN O'BRIEN,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on September 16, 2010, should be amended as follows.

On page 5, line 5,  replace "purse" with "pursue"

On page17, line 5, replace "planed" with "planned"